Charles W. PENLAND, Sr.; Mary Penland, Plaintiffs–Appellants,

v.

GOVERNOR OF SOUTH CAROLINA; State of South Carolina Tax Division, of the South Carolina Department of Revenue; Credit Bureau, Incorporated; Receiver Saad, in case number 7–05–cr–71, Defendants–Appellees.

No. 08–1926.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 21, 2009.

Charles W. Penland, Sr., and Mary Penland, Appellants Pro Se.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles W. Penland, Sr., and Mary Penland appeal the district court's order accepting the magistrate judge's recommendation and dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Penland v. Governor of S.C.*, No. 6:07–cv–03241–HMH, 2008 WL 3834025 (D.S.C. Aug. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*